UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAN DOYLE ESTATE LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-00929 <br><br> JUDGE MATTHEW F. KENNELLY |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff, Conan Doyle Estate Ltd. ("Conan Doyle Estate" or "Plaintiff"), seeks to extend the Temporary Restraining Order granted and entered by the Court on March 5, 2021 (the "TRO") for a period of fourteen (14) days until April 2, 2021.

On March 5, 2021, this Court entered the TRO against the Defendants identified on Schedule A to the Amended Complaint. Since receiving the TRO, Plaintiff has been working to ensure compliance with its terms by third parties. See Exhibit 1 Declaration of Ann Marie Sullivan (the "Sullivan Declaration") at ¶¶ 2-3. As of March 18, 2021, the third parties have not completed effectuating the TRO, but are working diligently to comply. *Id*. Plaintiff plans to freeze financial accounts identified by these third parties. *Id*.

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended, provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Plaintiff respectfully submits that there is good cause to extend

the TRO, since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to off-shore bank accounts. As discussed in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until April 2, 2021.

Dated: March 18, 2021       Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**