UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAN DOYLE ESTATE LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-00929 <br><br> JUDGE MATTHEW F. KENNELLY |

### DECLARATION OF ANN MARIE SULLIVAN

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am over the age of twenty-one (21) years, of sound mind, and am counsel for Plaintiff, Conan Doyle Estate Ltd. ("Conan Doyle Estate" or "Plaintiff"). I have been personally involved in supervising the investigation and gathering of evidence to support this action, as well as reviewing and drafting the pleadings filed in this matter. As a result, I have personal knowledge of the statements set forth in this declaration.

2. The Court's order granting Conan Doyle Estate Ltd.'s Motion for *Ex Parte* Temporary Restraining Order including a temporary injunction, temporary asset restraint, expedited discovery, and electronic service of process (the "TRO") was entered in the record on March 5, 2021. On March 5, 2021, Conan Doyle Estate Ltd. received a physical copy of the TRO, which is currently under seal. On March 8, 2021, Conan Doyle Estate Ltd. began serving the

applicable third-party marketplaces and payment processors for the purpose of implementing the restraints ordered by the Court as they relate to Defendants' infringing sales, including having Defendants' associated financial accounts frozen.

3. Since that time, Plaintiffs have been in discussions with the applicable third parties who are working diligently to both freeze Defendants' associated accounts and shut down the infringing listings, as ordered by the Court. As of the date of this declaration, however, those efforts have not been completed. Plaintiff has been informed by the applicable third parties that additional time is needed to comply with the Court's TRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2021 at Chicago, Illinois.

/s/ Ann Marie Sullivan
Ann Marie Sullivan
Counsel for Plaintiff, *Conan Doyle Estate Ltd.*